UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BUTLER, <br><br> Plaintiff, <br><br> v. <br><br> THE SHERATON OKLAHOMA CITY DOWNTOWN HOTEL, THE SHERATON LLC, STARWOOD HOTELS & RESORTS WORLDWIDE, LLC, MARRIOTT INTERNATIONAL, INC., LIFE FITNESS, INC. and BRUNSWICK CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )     C.A. No.: 1:18-cv-10191-PBS |

### DEFENDANTS LIFE FITNESS, INC.'S AND BRUNSWICK CORPORATION'S MOTION TO DISMISS ALL CLAIMS

Defendants Life Fitness, Inc. and Brunswick Corporation (hereinafter collectively "Brunswick") move this Honorable Court, pursuant to Fed. R. Civ. P. 12(b)(2), to dismiss all claims asserted against them. As grounds for the motion, Brunswick asserts that this Court lacks personal jurisdiction over Brunswick pursuant to the Massachusetts Long-Arm Statute and the Due Process Clause of the United States Constitution. As further grounds, Brunswick relies on its Memorandum in Support of its Motion to Dismiss filed concurrently herewith.

WHEREFORE, Life Fitness, Inc. and Brunswick Corporation respectfully request that this Honorable Court allow this motion, enter an Order dismissing all claims asserted against Life Fitness, Inc. and Brunswick Corporation, and grant Life Fitness, Inc. and Brunswick Corporation such further relief as this Court deems proper.

1