### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

Date:   April 10, 2018

| | |
|---|---|
| ANTHONY BUTLER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-18-250-M |
| | ) |
| MARRIOTT INTERNATIONAL INC., et al., | ) |
| | ) |
|     Defendants. | ) |

**ENTER ORDER:**

On March 20, 2018, this case was transferred from the United States District Court for the District of Massachusetts. The Court directs the parties to file within **10** days:

(1)   A list of all parties still remaining in this action;

(2)   A list of all pleadings, including answers, filed by those parties in this case;

(3)   A list of the return on service of process on those parties filed; and

(4)   A list of any pending motions.

By direction of Judge Vicki Miles-LaGrange, we have entered the above notice.

Carmelita Reeder Shinn, Clerk

By:   s/*Kathy Spaulding*
        Deputy Clerk